FILED

20 ...

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GRIGOR KARAPETYAN and<br>ARNOLD BLEYAN,<br><br>    Defendants. | 2:10-CR-0075-PMP (PAL) |

## FINAL ORDER OF FORFEITURE

On September 7, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(B) (Document #38), based upon the plea of guilty by defendant ARNOLD BLEYAN to criminal offenses, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant ARNOLD BLEYAN pled guilty.

On September 7, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(B) (#39), based upon the plea of guilty by defendant GRIGOR KARAPETYAN to criminal offenses, forfeiting specific property alleged in the Indictment

1  and shown by the United States to have a requisite nexus to the offense to which defendant GRIGOR
2  KARAPETYAN pled guilty.

3      This Court finds that the United States of America published the notice of the forfeiture in
4  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,
5  consecutively from September 14, 2010 through October 13, 2010, notifying all potential third parties
6  of their right to petition the Court.

7      This Court finds no petition was filed herein by or on behalf of any person or entity and the
8  time for filing such petitions and claims has expired.

9      This Court finds no petitions are pending with regard to the assets named herein and the time
10 for presenting such petitions has expired.

11     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
12 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
13 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
14 32:2(c)(2); Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section
15 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code,
16 Section 982(a)(2)(B); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of
17 according to law:

18     a)    Twenty-six (26) blank white plastic cards with re-encoded metallic strip
19         seized from Grigor Karapetyan on or about September 13, 2009;
20     b)    Twenty-four (24) blank white plastic cards with re-encoded metallic strip
21         seized from Arnold Bleyan on or about September 13, 2009;
22     c)    $4,320.00 in United States currency, seized from Grigor Karapetyan on
23         or about September 13, 2009; and
24     d)    $3,920.00 in United States currency, seized from Arnold Bleyan on or
25         about September 13, 2009.
26 . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __20th__ day of __Dec__, 2010.

_____
UNITED STATES DISTRICT JUDGE